# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zive, Gregg W. | U.S. Bankruptcy Court - Nevada | 08/05/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S Courthouse
300 Booth Street, 5th Floor
Reno, NV 89509

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | ▨ |
| 2. | Advisory Board | ▨ |
| 3. | Limited Partner | ▨ |
| 4. | Trustee | Trust #3 |
| 5. | Trustee | Trust #4 (see Part VIII for comments) |
| 6. | Leadership Board | ▨ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/05/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Pacific Coast League-scorekeeper | $1,560.00 |
| 2. 2018 | Reno Sparks Convention & Visitor Authority-scorekeeper | $550.00 |
| 3. 2018 | Board of Regents Nevada State Higher Education-teaching | $3,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | California Bankruptcy Forum | May 18-20, 2018 | Olympic Valley, CA | Educational Seminar | (transportation, meals and room) |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/05/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ▓▓▓▓▓▓ Reno, Nevada | A | Interest | K | R | | | | | See comments (Part VIII) |
| 2. | D | Rent | | | | | | | |
| 3. Bank of America, Reno, NV | | None | | | Closed | 09/26/18 | J | | |
| 4. City National Bank Money Market, Reno NV | A | Interest | J | T | | | | | |
| 5. Wells Fargo Advisors IRA (H) | | | | | | | | | |
| 6. -Wells Fargo Bank Deposit | A | Interest | J | T | | | | | |
| 7. - Lehman Bros. Holding | | None | J | T | | | | | |
| 8. - Chevron Corporation | B | Dividend | K | T | | | | | |
| 9. - Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 10. - First TR Dorsey ET Wright Focus Five Fd | A | Dividend | K | T | | | | | |
| 11. - Ishares ET Russell 2000 Growth | A | Dividend | K | T | | | | | |
| 12. - Ishares ET Russell 1000 Value | A | Dividend | K | T | | | | | |
| 13. - Ishares ET Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 14. - Ishares Russell 2000 Value | A | Dividend | K | T | Buy (add'l) | 05/24/18 | J | | |
| 15. - SPDR S&P Dividend ET | A | Dividend | K | T | | | | | |
| 16. - Vanguard Health Care ET | A | Dividend | K | T | | | | | |
| 17. - Vanguard Information ET | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Baron Select Funds Real Estate FD | B | Dividend | J | T | | | | | |
| 19. - Baron Invt Funds Trust Small Cap FD | B | Dividend | K | T | | | | | |
| 20. - Baron Select Funds Partners FD | | None | K | T | Sold (part) | 10/30/18 | J | | |
| 21. - Brandes Invt TR Intl Small Cap Equity FD | A | Dividend | J | T | | | | | |
| 22. - Brandes Invt TR Emerging Mkts Value FD (Class I) | A | Dividend | K | T | Buy (add'l) | 05/24/18 | J | | |
| 23. - Brandes Invt TR Instl Equity FD (Class I) | A | Dividend | K | T | | | | | |
| 24. - Federated Equity FDS Strategic Value FD | B | Dividend | K | T | | | | | |
| 25. - Federated Instl TR High Yield Bond FD | B | Dividend | | | Sold | 05/24/18 | J | | |
| 26. | | | | | Sold | 10/25/18 | J | | |
| 27. - Fidelity ADV New Insights (Class I) | C | Dividend | K | T | Sold (part) | 05/24/18 | J | A | |
| 28. - JP Morgan Mid Cap Value FD (Class L) | C | Dividend | K | T | Sold (part) | 04/19/18 | J | A | |
| 29. - Prudential Invt Port12 Global Real Estate FD (Class Z) | B | Dividend | K | T | | | | | |
| 30. - Thornburg Invt TR Invt Income Builder FD (Class I) | A | Dividend | K | T | | | | | |
| 31. - Vanguard Horizon FDS Strategic Small Cap Equity FD | B | Dividend | K | T | Buy (add'l) | 05/25/18 | J | | |
| 32. - Columbia Seligman Cmmn & Information FD Ins. Class | B | Dividend | K | T | | | | | |
| 33. Brokerage #1 (H) | | | | | | | | | |
| 34. - Boeing Company | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Coca-Cola | B | Dividend | K | T | | | | | |
| 36. - Wells Fargo Bank Deposit | A | Interest | K | T | | | | | |
| 37. - AB Mun Income FD Inc High Income Mun | B | Int./Div. | K | T | | | | | |
| 38. - Eaton Vance Muns TR Municipal Opp (Class I) | A | Int./Div. | K | T | | | | | |
| 39. - Eaton Vance Muns TR Natl Muns Income FD | B | Int./Div. | K | T | | | | | |
| 40. - Federated Incm Secs TR Muni & STK Advantage FD Instl | B | Int./Div. | K | T | | | | | |
| 41. - Franklin Fed Tax Free Income Fund | A | Interest | K | T | | | | | |
| 42. - TCW FDS Inc Emerging Mkts Income FD (Class I) | B | Dividend | K | T | | | | | |
| 43. - Nuveen Enhanced AMT Free Municipal Credit Opptys FD | B | Int./Div. | K | T | | | | | |
| 44. Trust #3 (H) | | | | | | | | | See Comments (Part VIII) |
| 45. -City National Bank Money Mkt, Reno NV | A | Interest | J | T | | | | | |
| 46. - Brokerage #1 | | | | | | | | | |
| 47. -Money Market Fund-Stifel Nicolaus | A | Interest | J | T | | | | | |
| 48. - Franklin Cust FDS Income US Govt Ser Class A | A | Dividend | | | Sold | 08/06/18 | J | | |
| 49. - Franklin Income Fund CL A | A | Dividend | J | T | | | | | |
| 50. - Nuveen All American Muni Bond FD CL A | C | Dividend | M | T | | | | | |
| 51. - Eaton Vance Insured Municipal Bond Fd | A | Dividend | | | Sold | 08/06/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Federated Stat Value Dividend CL A | D | Dividend | L | T | | | | | |
| 53. - AIM Invesco Equity and Income CL A | D | Dividend | L | T | | | | | |
| 54. - Nuveen High Yield Muni Bond | A | Dividend | J | T | | | | | |
| 55. Nevada State Bank, Reno, NV Money Market | A | Interest | M | T | | | | | |
| 56. RBC Dain Rauscher IRA (H) | | | | | | | | | See Comments (Part VIII) |
| 57. -RBC Bank Deposit (formerly RBC Tamarack Prime Money Market) | A | Interest | J | T | | | | | |
| 58. -Invesco Select Real Estate Income Fund | A | Dividend | J | T | | | | | |
| 59. - Growth Fund of America | B | Dividend | J | T | | | | | |
| 60. - Henderson Global Intl Opps | C | Dividend | J | T | | | | | |
| 61. - Franklin US Gov Sec Series | A | Dividend | | | Sold | 11/30/18 | K | | |
| 62. - Franklin Founding FD Alloc A | B | Dividend | K | T | | | | | |
| 63. - Columbia FDS Ser TR II Mass Seligman Comm & Info CL C | B | Dividend | J | T | | | | | |
| 64. - Ivy FDS Inc Small Cap Growth FD CL C | C | Dividend | K | T | | | | | |
| 65. - Northern LTS FD TR Deer PK Total Rtn CL A | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 66. ▨ | | None | J | T | | | | | |
| 67. Wells Fargo Bank, N.A., Reno, NV | | None | K | T | | | | | |
| 68. Brokerage #2 (H) | | | | | | | | | See Comments (Part VIII) |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/05/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Bank of China New York City CD | | None | M | T | Buy | 07/06/18 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zive, Gregg W. | 08/05/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Filer got married during 2018 to [ ]. Filer and [ ] are maintaining assets as sole and separate property. Filer does not receive income from any assets of the [ ] nor does filer receive or expect to receive any benefit from said assets. Additionally, filer and [ ] file separate tax returns. Therefore, it is both the filer and [ ] understanding that they are not required to report any information relating to each other on their disclosure report. [ ] has filed a separate financial disclosure report.

Part I Line 5. Filer became a trustee of this trust in 2016. Filer did not create the trust, does not receive income from this trust, nor does he have a beneficial interest in this trust. Therefore, no assets are reported in Part VII.

Part VII Line 1. 6.25 % limited partnership interest; apartment complex. Original purchase price of $50,000 in April 1994.

Part VII. Line 44. This trust was created February 12, 2007. 100% beneficial interest in this trust.

Part VII. Line 56. Beneficiary of this decedent IRA.

Part VII. Line 68. New brokerage account created in July of 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregg W. Zive**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544